**Exhibit A** — Identity and Value of Material Assets of the Debtor

|  | **As of the File Date 10/27/11** | **As of 4/01/12** |
|---|---|---|
| Cash on premises | $ 15,000.00 | $ 15,000.00 |
| Associated Bank ATM | $ 0.00 | $ 0.00 |
| Associated Bank Operating (Prepetition) | $ 0.00 | $ 0.00 |
| Crown Bank Operating (Prepetition) | $ 14,024.80 | $ 0.00 |
| DIP Account / Crown Bank | $ 0.00 | $ 37,431.64. |
| Funds in possession of Sheriff | $ 34,127.10 | $ 34,127.00 |
| Retainer Morris Law | $ 3,333.34 | $ 3,333.34 |
| Computer systems | $ 10,000.00 | $ 10,000.00 |
| Kitchen & bar equipment | $ 240,000.00 | $ 240,000.00 |
| Inventory | $ 38,000.00 | $ 43,220.90. |
| **Subtotal Assets Value** | **$ 354,485.24** | **$ 383,112.88** |